ALBANY,
August, 1806.

Seers
v.
Grandy.

the paying over the penalty, and it was not necessary that it should be so ordered in the judgment. It was not requisite for the plaintiff to negative any of the provisos. The defendant, by resting his defence on a practice for two years, negatived every other ground of defence.

## Seers *against* Grandy.

If an attorney of the defendant offer to make affidavit of the absence of a material witness, and request an adjournment of a cause before a justice of the peace, the justice ought to receive such affidavit, unless some special cause to the contrary be shown.

ON *certiorari* from a justice's court. The errors assigned were, 1. That the *venire* was directed to the constables of *Argyle*, and was delivered to a constable of *Hebron* to be executed. 2. That the declaration contained no *venue.* 3. That the defendant's attorney requested an adjournment, and offered to make oath of the absence of a material witness, which the justice refused. 4. That the return does not state that any oath was administered to the constable who kept the jury.

*Ingalls*, for the plaintiff in error.

*Shepherd*, contra.

*Per Curiam.* The refusal to admit the defendant's attorney to make affidavit of the absence of a material witness, as the ground for requesting an adjournment of the cause, was a denial of right; for in certain cases, where the defendant himself does not appear, his attorney may make such affidavit, especially, when no reason is alleged against it. The defence on the merits, afterwards, was no waiver of the defendant's right to an adjournment. For this reason, we are of opinion, that the judgment below ought to be reversed.

Judgment reversed.